[No. 22298-5-III.   Division Three.   September 16, 2004.]

SHARON V. MILLER, ET AL., *Appellants*, v. THE CATHOLIC BISHOP OF SPOKANE, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 01-2-00242-1, Larry M. Kristianson, J., entered July 25, 2003. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Brown, J.

[No. 51642-6-I.   Division One.   September 20, 2004.]

*In the Matter of the Estate of* CARL B. HADEN.

RAMONA B. HADEN, *Appellant*, v. THE ESTATE OF CARL B. HADEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-4-04168-7, Michael J. Fox, J., entered November 13, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Schindler, J.

[No. 52139-0-I.   Division One.   September 20, 2004.]

LORI L. ZILKO, *Individually, as Personal Representative, and as Guardian, Respondent*, v. GOLDEN ALASKA SEAFOODS, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-11879-0, Mary Yu, J., entered March 11, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, C.J., concurred in by Agid and Appelwick, JJ.

[No. 52419-4-I.   Division One.   September 20, 2004.]

CHRIS WONG, ET AL., *Respondents*, v. COSMO TAORMINA, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-19895-5, Laura Gene Middaugh, J., entered April 28, 2004. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Agid, J.